Argued March 27, affirmed April 3, reconsideration denied June 7, 1978, petition for review pending

In the Matter of D.E.F., a Child.
STATE ex rel JUVENILE DEPARTMENT
OF MARION COUNTY, *Respondent,*

*v.*

D.E.F., *Appellant.*

(No. 20,386, CA 9715)

576 P2d 845

William C. Crothers, Jr., Salem, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State ex rel Juv. Dept. v. Kent,* 31 Or App 1219, 572 P2d 1059 (1977).